**William J. Benekos, appellee, v. John Adinamis, appellant. Gen. No. 24,841.**

Action to recover balance due on account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920.

A. A. Pantelis and William M. Johnson, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Hotel Sherman Company, appellee, v. Gustav J. Landeck, appellant. Gen. No. 24,847.**

Action to recover for hotel accommodations and board. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920.

Harry A. Biossat, for appellant.    Max M. Drefkoff, for appellee; Morris K. Levinson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**August Saldukes, appellant, v. Anton Briszko, appellee. Gen. No. 24,727.**

Action to recover on promissory note. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920.

A. A. Worsley, for appellant; Lawrence Harmon, of counsel. Coburn & Bentley, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**James F. Bishop, administrator of the estate of Marie Machacek, appellee, v. John Cepican, also known as Jan Cepican, appellant. Gen. No. 24,792.**

Action to recover for wrongful death by being struck by automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920.

Pollock & Rainey, for appellant; Robert S. Cook, of counsel. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.